(June 12, 1902.)

## McNAMEE v. STEELE, JUDGE.

### [69 Pac. 319.]

WRIT OF REVIEW—VOID ORDER.—Writ of review will lie to review an order suspending an attorney from practice made without application and without notice to such attorney, who has no opportunity to be heard. as such order is void for want of jurisdiction.

(Syllabus by the court.)

An original proceeding in this court by writ of review.

Willis Sweet and Fremont Wood, for Plaintiff, file no brief.

W. E. Borah, for Defendant, files no brief.

Per CURIAM.—It appears from the petition and exhibits thereto attached and from the return of the defendant to the writ that the defendant, as the judge of the district court of the second judicial district, did, on the fifteenth day of May, 1902, without application therefor, and without notice to plaintiff, who had no opportunity whatever of presenting his defense, made an order suspending the plaintiff from practicing law as an attorney in all the courts of this state for a period of one year. Said order is void, because the judge had no juris-

diction to make the same. It is therefore ordered by this court that the order suspending plaintiff from practicing law as an attorney in the courts of this state, made as aforesaid, be, and the same hereby is, annulled. No costs to be taxed.